IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Manley, Alicia E

Printed: 10/9/07

Case Number: 06 B 12836
Judge: Hollis, Pamela S
Filed: 10/9/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: July 5, 2007
Confirmed: February 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 4,818.40 |  |
| Secured: |  | 1,220.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 133.55 |
| Administrative: |  | 1,843.00 |
| Trustee Fee: |  | 176.33 |
| Other Funds: |  | 1,445.52 |
| Totals: | 4,818.40 | 4,818.40 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 1,843.00 | 1,843.00 |
| 2. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 3. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 4. | Best Source Credit Union | Secured | 0.00 | 0.00 |
| 5. | Loan Express Company | Secured | 0.00 | 0.00 |
| 6. | Best Source Credit Union | Secured | 0.00 | 0.00 |
| 7. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 8. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 9. | Wells Fargo Fin Acceptance | Secured | 4,873.97 | 1,220.00 |
| 10. | Internal Revenue Service | Priority | 2,110.24 | 133.55 |
| 11. | Capital One | Unsecured | 228.43 | 0.00 |
| 12. | City Of Chicago Dept Of Revenue | Unsecured | 685.00 | 0.00 |
| 13. | Federated Retail Holdings Inc | Unsecured | 1,465.61 | 0.00 |
| 14. | Capital One | Unsecured | 2,294.33 | 0.00 |
| 15. | Federated Retail Holdings Inc | Unsecured | 395.11 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 12.30 | 0.00 |
| 17. | Federated Retail Holdings Inc | Unsecured | 126.00 | 0.00 |
| 18. | Asset Acceptance | Unsecured | 2,513.36 | 0.00 |
| 19. | Asset Acceptance | Unsecured | 73.82 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 5,343.09 | 0.00 |
| 21. | Activity Collection Svc | Unsecured | 463.97 | 0.00 |
| 22. | First National Bank | Unsecured |  | No Claim Filed |
| 23. | Northwest Collectors | Unsecured |  | No Claim Filed |
| 24. | Medical | Unsecured |  | No Claim Filed |
| 25. | Marauder Corporation | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Manley, Alicia E

Printed:  10/9/07

Case Number:  06 B 12836
Judge:  Hollis, Pamela S
Filed:  10/9/06

| 26. Surety Finance | Unsecured | | No Claim Filed |
|---|---|---|---|
| | | _____ | _____ |
| | | $ 22,428.23 | $ 3,196.55 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 46.38 |
| 5.4% | 129.95 |
| | _____ |
| | $ 176.33 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ _____